UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: 17-24401-MBK
          Chapter: 7
Joseph E Bintner    Judge: Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> Clerk, US Bankruptcy Court
> Clarkson S. Fisher U. S. Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on September 25, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | 14 Carman Street, South River, NJ  08882 | $220,000.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | 14 Carman Street, South River, NJ - 08882-0000 Middlesex County | Embrace Home Loans---1st mort. | $190,000.00 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | 14 Carman Street, South River, NJ - 08882-0000 Middlesex County | $8,000.00 |

Objections must be served on, and requests for additional information directed to:

Name:    /s/ John W. Hargrave

Address:    117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:    (856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph E Bintner  
    Debtor

Case No. 17-24401-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 24, 2017  
                         Form ID: pdf905    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
```
db              +Joseph E Bintner,    1121 Kissam Court,    South Plainfield, NJ 07080-2531
516945437       +Adrianna Rodriguez,    11 Sandpiper Lane,    Dayton, NJ 08810-1422
516945438       +Best Buy/CBNA,    P. O. 790441,    Saint Louis, MO 63179-0441
516945439       +Borough of South River Electric Utility,    Customer Service Center,    48 Washington Street,
                  South River, NJ 08882-1247
516945440       +Capital One,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
516945441       +Embrace Home Loans,    c/o RoundPoint Mortgage Servicing Corp,    P.O. Box 19124,
                  Charlotte, NC 28219-9124
516945442       +Home Depot Credit Services,    P. O. Box 790328,    Saint Louis, MO 63179-0328
516945443        Laboratory Corp of America Holding,    P. O. Box 2240,    Burlington, NC 27216-2240
516945445        Prosper Marketplace Inc,    221 Main Street, Suite 300,    San Francisco, CA 94105-1909
516945447       +THD/CBNA,    P. O. Box 6497,    Sioux Falls, SD 57117-6497
516945448       +WFFNB/Raymour & Flanigan,    CSCL Dispute Team,    MAC N8235-04M,    P.O. Box 14517,
                  Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2017 22:32:53      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2017 22:32:49      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516945444        E-mail/PDF: cbp@onemainfinancial.com Aug 24 2017 22:35:23      Onemain Financial,
                  510 US Highway 130 Suite 5,    East Windsor, NJ 08520-2649
516945446        E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 22:35:11      Synchrony Bank/Old Navy,
                  Attn: Bankruptcy Dept,    P. O. Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
              Michael P. Otto    on behalf of Debtor Joseph E Bintner motto@ottolawoffice.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```