| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joseph E Bintner** | Social Security number or ITIN   xxx–xx–3499 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–24401–MBK | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph E Bintner

<u>10/20/17</u>

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:
Joseph E Bintner
     Debtor

Case No. 17-24401-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 20, 2017
                       Form ID: 318      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db            +Joseph E Bintner,   1121 Kissam Court,   South Plainfield, NJ 07080-2531
516945437     +Adrianna Rodriguez,   11 Sandpiper Lane,   Dayton, NJ 08810-1422
516945438     +Best Buy/CBNA,   P. O. 790441,   Saint Louis, MO 63179-0441
516945439     +Borough of South River Electric Utility,   Customer Service Center,   48 Washington Street,
               South River, NJ 08882-1247
516945441     +Embrace Home Loans,   c/o RoundPoint Mortgage Servicing Corp.,   P.O. Box 19124,
               Charlotte, NC 28219-9124
516945442     +Home Depot Credit Services,   P. O. Box 790328,   Saint Louis, MO 63179-0328
516945443      Laboratory Corp of America Holding,   P. O. Box 2240,   Burlington, NC 27216-2240
516945445      Prosper Marketplace Inc,   221 Main Street, Suite 300,   San Francisco, CA 94105-1909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:06     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516945440     +EDI: CAPITALONE.COM Oct 20 2017 22:48:00     Capital One,   1680 Capital One Drive,
               Mc Lean, VA 22102-3407
516945444      EDI: AGFINANCE.COM Oct 20 2017 22:48:00     Onemain Financial,   510 US Highway 130 Suite 5,
               East Windsor, NJ 08520-2649
516945446      EDI: RMSC.COM Oct 20 2017 22:48:00     Synchrony Bank/Old Navy,   Attn: Bankruptcy Dept,
               P. O. Box 965060,   Orlando, FL 32896-5060
516945447     +EDI: CITICORP.COM Oct 20 2017 22:48:00     THD/CBNA,   P. O. Box 6497,
               Sioux Falls, SD 57117-6497
516945448     +EDI: WFFC.COM Oct 20 2017 22:48:00     WFFNB/Raymour & Flanigan,   CSCL Dispute Team,
               MAC N8235-04M,   P.O. Box 14517,   Des Moines, IA 50306-3517
                                                                                    TOTAL: 7
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
```
          Denise E. Carlon   on behalf of Creditor   Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John W. Hargrave   on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jwh@trustesolutions.net
          John W. Hargrave   trustee@hargravelaw.com,   jwh@trustesolutions.net
          Michael P. Otto   on behalf of Debtor Joseph E Bintner motto@ottolawoffice.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 5
```